UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARCOS MUNOZ,           ) NO. CV 18-10265-CJC (KS)
        Plaintiff,    )
   v.              ) JUDGMENT
                        )
LOS ANGELES COUNTY MENTAL )
HEALTH, et al.,         )
        Defendants.   )
_____ )

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 23, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE